UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RHONDA SHORT and PENNY FORD, co-guardians for ROY R. FORD, an incapacitated person, </br></br> Plaintiff(s), </br></br> vs. </br></br> GEORGE LUKACS and SUNNY EXPRESS, INC., </br></br> Defendant(s). | Case No. 4:06CV448 JCH |

## ORDER OF REMAND

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is **REMANDED** to the Circuit Court of Phelps County, Missouri, at Rolla.

Dated this 11th day of May, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE